**Order entered September 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00186-CR

**CHARLES DEWAYNE HOOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-57149-T**

## ORDER

The Court **REINSTATES** the appeal.

On August 31, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On September 24, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the August 31, 2015 order requiring findings.

We **GRANT** the September 24, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE